UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ZHARIA CHARLES,

                Plaintiff,                    24-cv-322 (JSR)

        -v-                                   ORDER

COLOR FACTORY, LLC,

                Defendant.
```

JED S. RAKOFF, U.S.D.J.:

On June 10, 2024, the parties informed the Court that a settlement in principle has been reached. Accordingly, all case deadlines are stayed, provided that the parties file a stipulation of settlement and move for preliminary approval of such settlement no later than Monday, July 1, 2024. A preliminary approval hearing will be held on Wednesday, July 10, 2024 at 3 P.M. in Courtroom 14B.

SO ORDERED.

New York, NY
June 10, 2024

_____
JED S. RAKOFF, U.S.D.J.

1