**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZHARIA CHARLES, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>COLOR FACTORY, LLC,<br><br>      Defendant. | Civil Action No. 1:24-cv-00322-JSR<br><br>Hon. Jed S. Rakoff |

**NOTICE OF UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 9, 2024, at 3:00 p.m., upon: (1) the accompanying Memorandum of Law; and (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement); Plaintiff Zharia Charles, through her undersigned attorneys, will move this Court, before the Honorable Jed S. Rakoff, United States District Court Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Philip L. Fraietta and Stefan Bogdanovich of Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Zharia Charles as the Class Representative for the Settlement Class; and (v) granting such other, further, or different relief as the court deems just and proper.

\* \* \*

A Proposed Preliminary Approval Order is submitted herewith.

Dated: June 28, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: <u> */s/ Philip L. Fraietta* </u>
      Philip L. Fraietta

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice pending*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Proposed Class Counsel*