UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZHARIA CHARLES, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>COLOR FACTORY, LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No.: 1:24-cv-00322-JSR<br><br>Hon. Jed S. Rakoff |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 6, 2024, at 4:00 PM, before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Plaintiff Zharia Charles ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order granting final approving the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Susanna Webb, with annexed exhibits.

Dated:  October 23, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Philip L. Fraietta*　
　　　　　　　　　　　　　　　　　　　　　　　　Philip L. Fraietta

　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*